IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02545-WYD-BNB

DANIEL SMITH, on behalf of himself and all others similarly situated,

Plaintiff,

v.

GAIAM, INC.,

Defendant.

_____

## ORDER
_____

This matter arises on the **Plaintiff's Unopposed Motion to Be Excused from Appearing at the Settlement Conference In Person** [Doc. # 28, filed 2/19/2010] (the "Motion").  The plaintiff seeks relief from his obligation to appear at the settlement conference in person.  In addition, note 1 of the Motion indicates that the plaintiff "also intends to request that the Court reschedule the date of the settlement conference. . . ."

IT IS ORDERED that the Motion [Doc. # 28] is GRANTED, and the plaintiff need not attend the settlement conference in person.

IT IS FURTHER ORDERED that the settlement conference set for March 11, 2010, at 1:00 p.m., is VACATED.

Dated February 23, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge