IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02545-WYD-BNB

DANIEL SMITH, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

GAIAM, INC.,

    Defendant.

---

Civil Action No. 10-cv-00544-WYD-KMT

ERINN TOZER, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

GAIAM, INC.,

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Parties' Stipulated Motion for an Order Extending Deadline for Filing a Consolidated Amended Complaint filed March 18, 2010 [d/e 37] is **GRANTED** and Plaintiffs shall file a Consolidated Amended Complaint on or before **Friday, April 23, 2010.** Defendant shall respond to the Consolidated Amended Complaint by **Monday, June 7, 2010.**

    Dated: March 22, 2010.