IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02545-WYD-BNB
(Consolidated with Civil Action No. 10-cv-00544)

DANIEL SMITH, on behalf of himself and all others similarly situated,

Plaintiff,

v.

GAIAM, INC.,

Defendant.

_____

**ORDER**
_____

At the request of the parties made during a status conference held this afternoon,

IT IS ORDERED that the settlement conference set for May 5, 2010, at 9:00 a.m., is

VACATED, to be reset if necessary at the request of the parties.

Dated May 3, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge