IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02545-WYD-BNB
(Consolidated with Civil Action No. 10-cv-00544)

DANIEL SMITH, on behalf of himself and all others similarly situated,

Plaintiff,

v.

GAIAM, INC.,

Defendant.
_____

**ORDER**
_____

This matter arises on **Plaintiffs' Unopposed Motion to . . . Appoint Interim Co-Lead Counsel and Liaison Counsel** [Doc. # 41, filed 3/31/2010] (the "Motion re Interim Class Counsel").[1] I heard argument concerning the Motion re Interim Class Counsel at a status conference held this afternoon. The Motion re Interim Class Counsel is GRANTED.

Rule 23(g)(3), Fed. R. Civ. P., permits a court to "designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." As stated in <u>In re Municipal Derivatives Antitrust Litigation</u>, 252 F.R.D. 184, 186 (S.D.N.Y. 2008):

> When appointing interim class counsel, courts generally look to
> the same factors used in determining the adequacy of class counsel
> under Rule 23(g)(1)(A). Rule 23(g)(1)(A) provides that the Court
> must consider:
>
> (i) the work counsel has done in identifying or investigating

---

[1]The Motion also sought consolidation of the case, which was granted by the district judge in his minute order [Doc. # 38] entered March 22, 2010, granting the parties leave to file a "Consolidated Amended Complaint."

> potential claims in the action; (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; (iii) counsel's knowledge of the applicable law; and (iv) the resources counsel will commit to representing the class.

Two law firms seek appointment as interim co-lead counsel--Chimicles & Tikellis LLP and Gergosian & Gralewski LLP. In addition, Charles Lilly & Associates, P.C., seeks appointment as liaison counsel. The qualifications of the three firms under the four part test articulated in <u>In re Municipal Derivatives Antitrust Litigation</u> are specified in the Memorandum of Law In Support of Plaintiffs' Unopposed Motion to. . . Appoint Interim Co-Lead Counsel and Liaison Counsel [Doc. # 42] (the "Memorandum"). Based on the information and materials provided in the Memorandum, I find that the firms are qualified for appointment as requested.

IT IS ORDERED that the Motion re Interim Class Counsel [Doc. # 41] is GRANTED. Chimicles & Tikellis LLP and Gergosian & Gralewski LLP are appointed as interim co-lead counsel and Charles Lilly & Associates, P.C., is appointed as interim liaison counsel.

Dated May 3, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge