IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02545-WYD-BNB
(Consolidated with Civil Action No. 10-cv-00544)

DANIEL SMITH, on behalf of himself and all others similarly situated,

Plaintiff,

v.

GAIAM, INC.,

Defendant.
_____

**ORDER**
_____

I held a status conference in this matter yesterday. Consistent with matters discussed then:

IT IS ORDERED that a supplemental status conference is set for **October 15, 2010, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.[1] The named plaintiff, client representatives of the defendant with full authority to act on behalf of the defendant in this matter, and attorneys for the parties must be present at the status conference **in person**.

Dated August 25, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

---

[1]The status conference will be vacated upon the filing of a joint motion for preliminary approval of the settlement and related documents.