**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

---

Courtroom Deputy:   Robert R. Keech          Date:   April 5, 2011
E.C.R./Reporter:      Therese Lindblom

---

Civil Action No: **09-cv-02545-WYD-BNB**          Counsel:

**DANIEL SMITH, et al.**,                        Benjamin F. Johns
                                                 Charles W. Lilly
               Plaintiffs,                       Joseph G. Sauder
                                                 Edward M. Gergosian
v.

**GAIAM, INC.**,                                 Richard B. Benenson
                                                 Kathryn R. Rothman
               Defendant.

---

**COURTROOM MINUTES**

---

**IN COURT HEARING**

**9:15 a.m.**      Court in Session

                   APPEARANCES OF COUNSEL.

                   Court's opening remarks.

                   Joint Motion for Final Approval of the Parties' Class Action Settlement (doc. #81),
                   filed March 30, 2011, Plaintiffs' Unopposed Motion for Fees and Expenses, and
                   Incentive Awards to the Named Plaintiffs (doc. #74), filed February 15, 2011, and
                   Plaintiffs' Supplemental Certification to Unopposed Motion for Fees and
                   Expenses, and Incentive Awards to the Named Plaintiffs (doc. #75), filed
                   February 15, 2011, are raised for argument.

9:17 a.m.          Argument by Plaintiffs (Mr. Sauder).

9:21 a.m.          Argument by Defendant (Mr. Benenson).

9:22 a.m.        Argument by Plaintiffs (Mr. Sauder).

9:31 a.m.        Argument by Defendant (Mr. Benenson).

                 Court makes findings.

**ORDERED:**      Joint Motion for Final Approval of the Parties' Class Action Settlement (doc. #81), filed March 30, 2011, is **GRANTED.**

**ORDERED:**      Plaintiffs' Unopposed Motion for Fees and Expenses, and Incentive Awards to the Named Plaintiffs (doc. #74), filed February 15, 2011, is **GRANTED.**

**ORDERED:**      Plaintiffs' Supplemental Certification to Unopposed Motion for Fees and Expenses, and Incentive Awards to the Named Plaintiffs (doc. #75), filed February 15, 2011, is **GRANTED.**

**9:38 a.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :23**