IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02545-WYD-BNB

DANIEL SMITH, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

GAIAM, INC.,

    Defendant.

---

Civil Action No. 10-cv-00544-WYD-KMT

ERINN TOZER, on behalf of herself and all others similarly situated,

    Plaintiff,

V.

GAIAM, INC.,

    Defendant.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR
FEES AND EXPENSES, AND INCENTIVE AWARDS
TO THE NAMED PLAINTIFFS**

---

    WHEREAS, the Plaintiffs and Defendant have entered into a Settlement Agreement intended to resolve the above-captioned litigation pending in this Court.

    WHEREAS, the Settlement Agreement provides, inter alia, that Plaintiffs' Counsel may submit an unopposed application for an award of attorneys' fees and

reimbursement of their litigation expenses up to an aggregate amount of $723,000.00.

WHEREAS, the Settlement Agreement also provides that each of the two named plaintiffs and class representatives can receive incentive awards of $1,000.00 each, subject to Court approval.

WHEREAS, the Court having considered Plaintiffs' Motion for Fees and Expenses and Incentive Awards, together with the supporting Memorandum of Law, Settlement Agreement and supporting materials; and

WHEREAS, the Court also having considered the objections filed by putative class members, and being advised that Gaiam does not oppose Plaintiffs' Motion.  It is hereby

ORDERED that Plaintiffs' Motion for Fees and Expenses, and for Incentive Awards to the Named Plaintiffs [ECF No. 74] is **GRANTED.**  It is

FURTHER ORDERED that Gaiam and/or the Insurance Carriers (as that phrase is defined in the Settlement) shall pay Plaintiffs' counsel $723,000.00 in accordance with paragraph 8.2 of the Settlement Agreement for Plaintiffs' counsels' fees and expenses.  It is

FURTHER ORDERED that Gaiam will pay to Plaintiffs' counsel $1,000.00 as an incentive award for named plaintiff Daniel Smith, and $1,000.00 as and incentive award for named plaintiff Erinn Tozer.

Dated: April 6, 2011

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge